WILLIAMSON *vs.* MORE.

The practice of moving to suppress depositions, previous to the hearing, does not prevail in this court.

Depositions can only be suppressed at the hearing.

IN EQUITY.  Motion to suppress depositions taken before an examiner, under the 85th rule of the late court of chancery; on the ground of irrelevancy and immateriality.

*D. S. Jones,* for the motion.

*D. D. Field,* contra.

EDMONDS, J.  The old rules of the court of chancery do not apply to this court.  The practice of applying to suppress depositions, on a special motion, was founded upon the rule on that subject, and was not a part of the general practice of the court of chancery; and as the rule has been abrogated, no such practice now exists.  The proper course to pursue will be to move, on the hearing, to suppress the depositions.

Motion denied.

SAME TERM.  *Before the same Justice.*